■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN J. JOHNSON, Appellant. [3 NYS3d 661]—Motion for reargument denied. Present—Centra, J.P., Carni, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY AYRHART, Appellant. [3 NYS3d 661]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL STONE, Appellant. [3 NYS3d 661]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Carni, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMARR SCOTT, Appellant. [3 NYS3d 661]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK D'ANTUONO, Appellant. [3 NYS3d 662]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY MULDROW, Appellant. [3 NYS3d 924]—Motion for reargument or, in the alternative, a writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni and Sconiers, JJ.